**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:25-cv-24817-DPG**

SEGA CORPORATION and
SEGA OF AMERICA, INC.,

      Plaintiffs,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

### FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court on Plaintiffs Sega Corporation and Sega of America, Inc.'s ("Sega" or "Plaintiffs") Motion for Entry of Default Final Judgment Against the Defendants Identified on Schedule A (the "Motion"). [ECF No. 32]. The Court granted the Motion in a separate Order [ECF No. 33]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Default Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Default Final Judgment is hereby entered in favor of Plaintiffs and against Defendants.

2.    Permanent Injunctive Relief**:** Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them are hereby **PERMANENTLY ENJOINED** and **RESTRAINED** from:

i. using the Sega Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Sega product or not authorized by Sega to be sold in connection with the Sega Trademarks;

ii. reproducing, distributing copies of, making derivative works of, or publicly displaying the Sega Copyrighted Works in any manner without the express authorization of Sega;

iii. passing off, inducing, or enabling others to sell or pass off any product as a genuine Sega product or any other product produced by Sega, that is not Sega's or not produced under the authorization, control, or supervision of Sega and approved by Sega for sale under the Sega Trademarks and/or the Sega Copyrighted Works;

iv. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Sega, or are sponsored by, approved by, or otherwise connected with Sega;

v. further infringing the Sega Trademarks and/or the Sega Copyrighted Works and damaging Sega's goodwill; and

vi. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Sega, nor authorized by Sega to be sold or offered for sale, and which bear any of

2

Sega's trademarks, including the Sega trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the Sega Copyrighted Works.

3. <u>Statutory Damages</u>:

    a.    Sega is entitled to an award of statutory damages against each Defendant liable for trademark infringement and counterfeiting pursuant to 15 U.S.C. § 1117(c)(2), as outlined in Schedule A attached hereto, in the amount of fifty thousand dollars ($50,000) for the use of counterfeit Sega Trademarks on products sold through at least Defendants' Seller Aliases.

    b.    Sega is entitled to an award of statutory damages against each Defendant liable for willful copyright infringement pursuant to 17 U.S.C. § 504(c)(2), as outlined in Schedule A attached hereto, in the amount of fifty thousand dollars ($50,000) for the use of unauthorized copies of the Sega Copyrighted Works.

4. <u>Additional Equitable Relief</u>:

    a.    Upon Sega's request, any third party with actual notice of this Order who is providing services for any Defendants, or in connection with any Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as Walmart, Inc. ("Walmart") ("Third Party Providers") shall within seven (7) calendar days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Sega Trademarks and/or which bear the Sega Copyrighted Works.

3

b.  Third Party Providers shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defendants' Seller Aliases from transferring or disposing of any funds (up to the statutory damages awarded above) or other of Defendants' assets.

c.  All monies (up to the amount of statutory damages awarded above) currently restrained in Defendants' financial accounts, including monies held by Third Party Providers, are hereby released to Sega as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Sega the amounts from Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

d.  Pursuant to 15 U.S.C. § 1116, 17 U.S.C. § 101, The All Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and the Court's inherent authority, upon Sega's request, the Third Party Providers shall within seven (7) calendar days:

  i.  locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Andrew Masterson, and any e-mail addresses provided for Defendants by third parties;

  ii.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defendants' assets; and

4

    iii.    release all monies, up to the above identified statutory damages award, in Defendants' financial accounts to Sega as partial payment of the above-identified statutory damages within seven (7) calendar days of receipt of this Order.

5.    The Clerk is **DIRECTED** to **RELEASE** the bond posted by Sega in the amount of $10,000.00 to Sega's counsel.

6.    The Court retains jurisdiction to enforce this Default Final Judgment and Permanent Injunction.

**DATED AND ORDERED** in Miami, Florida this 26th day of May, 2026.

 

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

**SCHEDULE A**

| No. | Seller Alias | Infringement Type | URL | Statutory Damages Award |
|---|---|---|---|---|
| 1 | Be happy every day | Copyright only | https://www.walmart.com/global/seller/102822538 | $50,000 |
| 2 | chunfumaoyigongsi | Copyright only | https://www.walmart.com/global/seller/102905833 | $50,000 |
| 3 | CROCSO | Copyright only | https://www.walmart.com/global/seller/102882159 | $50,000 |
| 4 | de hua | Copyright only | https://www.walmart.com/global/seller/102859152 | $50,000 |
| 5 | DongLao Trading | Copyright only | https://www.walmart.com/global/seller/102742213 | $50,000 |
| 6 | Duo Duo Doll | Copyright only | https://www.walmart.com/global/seller/102865756 | $50,000 |
| 7 | Easolae Parker | Copyright only | https://www.walmart.com/global/seller/102850534 | $50,000 |
| 8 | FerMerCL | Copyright only | https://www.walmart.com/global/seller/102655279 | $50,000 |
| 9 | Friend Shop 996 | Copyright only | https://www.walmart.com/global/seller/102769705 | $50,000 |
| 10 | guangzhoupengshuangfuzhuang | Copyright only | https://www.walmart.com/global/seller/102860757 | $50,000 |
| 11 | guangzhouyuexikeji | Copyright only | https://www.walmart.com/global/seller/102854793 | $50,000 |
| 12 | HaoLong Zhang | Copyright only | https://www.walmart.com/global/seller/102814263 | $50,000 |
| 13 | jiuyi shop | Copyright only | https://www.walmart.com/global/seller/101632710 | $50,000 |
| 14 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 15 | joyboy | Copyright only | https://www.walmart.com/global/seller/102791787 | $50,000 |
| 16 | Longyanxinluowenyalaiyan | Copyright only | https://www.walmart.com/global/seller/102760067 | $50,000 |
| 17 | Ludong Shop | Copyright only | https://www.walmart.com/global/seller/102871630 | $50,000 |
| 18 | MachineryEquipmentLeasingCoLtd | Copyright only | https://www.walmart.com/global/seller/102868409 | $50,000 |
| 19 | Magical Memento | Copyright only | https://www.walmart.com/global/seller/102669860 | $50,000 |
| 20 | momoer | Copyright only | https://www.walmart.com/global/seller/102923267 | $50,000 |

| | | | | |
|---|---|---|---|---|
| 21 | rain rain holiday 2025 | Copyright only | https://www.walmart.com/global/seller/102834036 | $50,000 |
| 22 | shunjiawei | Copyright only | https://www.walmart.com/global/seller/102745103 | $50,000 |
| 23 | WiseFlew | Copyright only | https://www.walmart.com/global/seller/102748497 | $50,000 |
| 24 | xiangD | Copyright only | https://www.walmart.com/global/seller/102871240 | $50,000 |
| 25 | yangfanqihang | Copyright only | https://www.walmart.com/global/seller/102743815 | $50,000 |
| 26 | YinBo Huang | Copyright only | https://www.walmart.com/global/seller/102912195 | $50,000 |
| 27 | Yue Yue Shun Trading | Copyright only | https://www.walmart.com/global/seller/102873872 | $50,000 |
| 28 | ZhangKeKe | Copyright only | https://www.walmart.com/global/seller/102854348 | $50,000 |
| 29 | muzhidianzi | Trademark and Copyright | https://www.walmart.com/global/seller/102905069 | $100,000 |
| 30 | ShanYun Hua | Trademark and Copyright | https://www.walmart.com/global/seller/102862692 | $100,000 |
| 31 | songfei | Trademark and Copyright | https://www.walmart.com/global/seller/102866394 | $100,000 |
| 32 | ZIVEN SHOP | Trademark and Copyright | https://www.walmart.com/global/seller/102889377 | $100,000 |
| 33 | ADYTKART | Trademark and Copyright | https://www.walmart.com/global/seller/102790966 | $100,000 |
| 34 | caipan | Trademark and Copyright | https://www.walmart.com/global/seller/102912406 | $100,000 |
| 35 | ChuanChuan Peng | Trademark and Copyright | https://www.walmart.com/global/seller/102860628 | $100,000 |
| 36 | CrossBloom Wonders | Trademark and Copyright | https://www.walmart.com/global/seller/102909841 | $100,000 |
| 37 | dongguanshijizhangfang | Trademark and Copyright | https://www.walmart.com/global/seller/102819379 | $100,000 |
| 38 | funny-shop | Trademark and Copyright | https://www.walmart.com/global/seller/102898732 | $100,000 |
| 39 | guangzhouyilongshangmao | Trademark and Copyright | https://www.walmart.com/global/seller/102923007 | $100,000 |
| 40 | guanxiancongdishangmao | Trademark and Copyright | https://www.walmart.com/global/seller/102767061 | $100,000 |
| 41 | Gwen Apparel Co., Ltd. | Trademark and Copyright | https://www.walmart.com/global/seller/102748567 | $100,000 |
| 42 | hangzhouxishungongyinglian | Trademark and Copyright | https://www.walmart.com/global/seller/102765988 | $100,000 |

| | | | | |
|---|---|---|---|---|
| 43 | hefeishimeihuoduo | Trademark and Copyright | https://www.walmart.com/global/seller/102823515 | $100,000 |
| 44 | JAAEHOME | Trademark and Copyright | https://www.walmart.com/global/seller/101501882 | $100,000 |
| 45 | Jiangdong Jierui | Trademark and Copyright | https://www.walmart.com/global/seller/102841113 | $100,000 |
| 46 | jiefu | Trademark and Copyright | https://www.walmart.com/global/seller/102827780 | $100,000 |
| 47 | JING HANG | Trademark and Copyright | https://www.walmart.com/global/seller/102720718 | $100,000 |
| 48 | Jing Zhao | Trademark and Copyright | https://www.walmart.com/global/seller/102858960 | $100,000 |
| 49 | jinhanbo | Trademark and Copyright | https://www.walmart.com/global/seller/102905591 | $100,000 |
| 50 | Life-Essentials | Trademark and Copyright | https://www.walmart.com/global/seller/101630035 | $100,000 |
| 51 | Safan Ecommerce LLC | Trademark and Copyright | https://www.walmart.com/global/seller/102712359 | $100,000 |
| 52 | sangyuxiang | Trademark and Copyright | https://www.walmart.com/global/seller/102844566 | $100,000 |
| 53 | Shop-Kamani | Trademark and Copyright | https://www.walmart.com/global/seller/102770829 | $100,000 |
| 54 | Teesweet STORE | Trademark and Copyright | https://www.walmart.com/global/seller/102717086 | $100,000 |
| 55 | Tianxinyu | Trademark and Copyright | https://www.walmart.com/global/seller/102901892 | $100,000 |
| 56 | Tina P | Trademark and Copyright | https://www.walmart.com/global/seller/102904149 | $100,000 |
| 57 | ValuePlus | Trademark and Copyright | https://www.walmart.com/global/seller/102772215 | $100,000 |
| 58 | WangCongJun | Trademark and Copyright | https://www.walmart.com/global/seller/102848986 | $100,000 |
| 59 | Wei Xie | Trademark and Copyright | https://www.walmart.com/global/seller/102845291 | $100,000 |
| 60 | Xia men shi yi | Trademark and Copyright | https://www.walmart.com/global/seller/102781642 | $100,000 |
| 61 | Xia Yanqi | Trademark and Copyright | https://www.walmart.com/global/seller/102826665 | $100,000 |
| 62 | xiaoli01 | Trademark and Copyright | https://www.walmart.com/global/seller/102786271 | $100,000 |
| 63 | xiaoyidianshang | Trademark and Copyright | https://www.walmart.com/global/seller/102890766 | $100,000 |
| 64 | Xiu Jinwei | Trademark and Copyright | https://www.walmart.com/global/seller/102827733 | $100,000 |

| 65 | XNB Bag Store | Trademark and Copyright | https://www.walmart.com/global/seller/102838682 | $100,000 |
|---|---|---|---|---|
| 66 | XUXU.LTD | Trademark and Copyright | https://www.walmart.com/global/seller/102833500 | $100,000 |
| 67 | Yajing Tech | Trademark and Copyright | https://www.walmart.com/global/seller/102576178 | $100,000 |
| 68 | yanpeng | Trademark and Copyright | https://www.walmart.com/global/seller/102922884 | $100,000 |
| 69 | yuxiakeji | Trademark and Copyright | https://www.walmart.com/global/seller/102912696 | $100,000 |
| 70 | zeshow | Trademark and Copyright | https://www.walmart.com/global/seller/102798432 | $100,000 |
| 71 | zhangxinwan | Trademark and Copyright | https://www.walmart.com/global/seller/102884524 | $100,000 |
| 72 | Zoe Wu | Trademark and Copyright | https://www.walmart.com/global/seller/102866400 | $100,000 |